# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEAN CREW | ) | Case No. 1:06-cv-0218 |
| | ) | |
| Plaintiff, | ) | Judge Patricia Gaughan |
| vs. | ) | |
| | ) | |
| CITIBANK, *et al* | ) | DISMISSAL JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |

The Complaint of the Plaintiff is hereby dismissed with prejudice at Defendant's costs.

/s/ Patricia A. Gaughan
Judge Patricia Gaughan          9/1/06

Approved By:

/s/ Gary Axner
**Gary Axner** #0018278
Attorney for Plaintiff
614 West Superior Avenue, Suite 1440
Cleveland, Ohio 44113
216.781.1710
216.696.9442 (fax)

/s/ James S. Wertheim
**James S. Wertheim** #0029464
Attorney for Defendants
25550 Chagrin Boulevard, #406
Cleveland, Ohio 44122
216-378-9905
216-378-9910 (fax)